UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                **ORDER**

    v.                       6:24-MJ-04096 CDH

MIRZA KHAN and TALIB HUSSAIN,

            Defendants.

---

At the request of the government, and without objection by defendant Talib Hussain, it is hereby

ORDERED that the criminal complaint in this matter (Dkt. 1) is deemed amended to reflect the correct spelling of defendant Talib Hussain's name as "Talib Hussain" and not "Talib Hussein"; and it is further

ORDERED that the Clerk of Court is directed to correct the caption in this matter to reflect the correct spelling of defendant Talib Hussain's name.

SO ORDERED.

                                          _____
                                          COLLEEN D. HOLLAND
                                          Unites States Magistrate Judge

DATED: January 23, 2025
          Rochester, NY